NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

BUSHNELL INC. and LASER TECHNOLOGY, INC.
*Plaintiffs-Appellees,*

v.

THE BRUNTON COMPANY (now known as Fiskars Brands, Inc.),
*Defendant –Appellant,*

and

LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY COMPANY LTD.,
*Defendant-Appellant,*

and

LS GLOBAL LLC,
*Defendant.*

---

2010-1087

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2009, Judge Kathryn H. Vratil.

---

**ON MOTION**

---

# ORDER

The Brunton Company moves to voluntarily dismiss this appeal. Lanshou Photoelectric Science and Technology Company Ltd. has not timely entered an appearance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2010

JAN HORBALY
CLERK

cc: Scott R. Brown, Esq.
  J. Michael Huget, Esq.
  Barry L. Grossman, Esq.

s21

Issued As A Mandate:   JUN 0 8 2010